## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: | ) | In Proceedings |
| | ) | Under Chapter 13 |
| CLIFFORD DALE BRYAN | ) | |
| DEBORAH LYNNE BRYAN, | ) | |
| Debtors, | ) | |
| | ) | |
| CLIFFORD DALE BRYAN | ) | |
| DEBORAH LYNNE BRYAN, | ) | BK No. 05-41547 |
| | ) | |
| v.         Plaintiffs, | ) | |
| | ) | |
| HOMECOMINGS FINANCIAL, | ) | |
| | ) | ADV No. |
| | ) | |
| Defendants. | ) | |

## COMPLAINT TO DETERMINE VALIDITY OF LIEN

Now come the debtors, Clifford and Deborah Bryan, by and through their attorneys Marcus H Herbert and Jay B Howd, and for their complaint state:

1. The debtors' case was filed June 13, 2005.

2. Homecomings Financial filed a secured claim on July 4, 2005 for attorney fees.

3. At the time the case was filed, the debtors were current on their mortgage payment and the mortgage payment was scheduled to be paid outside the plan, directly by the debtors.

4. It was unnecessary for Homecomings Financial to file a proof of claim as this claim will not be paid from the bankruptcy estate, but by the debtors directly.

5. Pursuant to <u>In re Wiedau's Inc</u>, requests for attorney fees must be itemized to show the services rendered, date they were rendered, time expended and expenses incurred. Homecomings claim fails to comply with the requirements of that case.

WHEREFORE, the debtors respectfully pray that that this honorable Court enter an order that the claim of Homecomings Financial for attorney fees be disallowed.

Respectfully submitted,


/s/Marcus H Herbert
Marcus H Herbert
Jay B Howd
Attorneys for Debtors
811 West Main Street
Carbondale, IL 62901
(618) 549-0567