IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: | ) | In Proceedings |
| | ) | Under Chapter 13 |
| CLIFFORD DALE BRYAN | ) | |
| DEBORAH LYNNE BRYAN, | ) | |
| Debtors/Plaintiffs, | ) | BK No. 05-41547 |
| v. | ) | |
| | ) | |
| HOMECOMINGS FINANCIAL, | ) | ADV No.  05-04174 |
| Defendants. | ) | |

### MOTION TO DISMISS ADVERSARY WITH PREJUDICE
### AND TO CONSIDER AGREED ORDER

Now come the Plaintiffs, Clifford and Deborah Bryan, by their attorneys, Jay B. Howd and Marcus H. Herbert, and moves to dismiss adversary case number 05-04174.  In furtherance thereof, Plaintiffs state:

1. Counsel for debtors and counsel for defendants have reached an agreement regarding the pending adversary case.

2. An agreed order outlining the agreement is being submitted to the court contemporaneously with this motion.

WHEREFORE, the Plaintiffs respectfully pray that this honorable Court consider the agreed order dismissing adversary case number 05-04174 with prejudice and setting forth the terms of agreement between the parties.

Respectfully Submitted,

/s/Marcus H Herbert
Marcus H. Herbert
Jay B. Howd
Attorneys for Plaintiff
811 West Main Street
Carbondale, IL  62901
(618) 549-0567

CERTIFICATE OF SERVICE

    The undersigned certifies that copies of the foregoing *Motion to Dismiss Adversary with Prejudice and to Consider Agreed Order* were served upon the parties set forth below by enclosing the same in an envelope addressed to such parties at their business addresses and by depositing said envelope in a U.S. mailbox in Carbondale, Illinois, on January 25, 2006, unless the party was served electronically by the Bankruptcy Court.

    Barbara J Dutton, Attorney for Homecomings Financial
    Dutton and Dutton PC
    10325 W Lincoln Highway
    Frankfort, IL 60423

        By:  /s/Leslie Crosby
              Bankruptcy Clinic
              811 West Main Street
              Carbondale, IL 62901
              Phone: (618) 549-0567
              Fax:  (618) 549-0141